IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30956
Summary Calendar
_____


BLONG LOR,

                                        Petitioner-Appellant,

versus

JOHN B. Z. CAPLINGER, District Director,
Immigration and Naturalization Serv.,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-513
- - - - - - - - - -
March 19, 1998
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5th Cir. R. 47.6.  PENDING MOTION DENIED.


_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.